```
IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| GORDON SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV214 |
| | ) | |
| v. | ) | |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Plaintiff's complaint does not comply with the E-Government Act.

IT THEREFORE HEREBY IS ORDERED,

1. Plaintiff's counsel is directed to forthwith submit a redacted version of the complaint, filing 1, deleting the social security number of the plaintiff.

2. As soon as the redacted complaint is received, the clerk is directed to replace the existing complaint with the redacted version.

DATED this 17th day of May, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge