IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GORDON SANDERS, | ) | |
| | ) | |
| Plaintiff(s), | ) | 8:05cv214 |
| | ) | |
| v. | ) | |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | |
| | ) | ORDER |
| Defendant(s), | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by June 28, 2005, file their Report of Parties' Planning Conference.

DATED June 10, 2005.

/s/  David L. Piester
United States Magistrate Judge