# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GORDON SANDERS,** | ) | Case No. 8:05CV214 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **BNSF RAILWAY COMPANY** | ) | |
| **(Individually and as Successor-in-Interest** | ) | |
| **to the Atchison, Topeka & Santa Fe** | ) | |
| **Railway Company),** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

IT IS ORDERED:

The defendant's unopposed motion to continue the "meet and confer" obligations set forth in the progression order and, accordingly, the deadline for filing the parties' report of planning conference, filing 13, is granted.

The parties are hereby given until August 27, 2005 to electronically file their Rule 26 meeting report.

Dated this 27th day of June, 2005.,

        BY THE COURT

        s/ *David L. Piester*

        David L. Piester
        United States Magistrate Judge