A TRUE COPY CERTIFIED TO FROM THE RECORD
DATE: 8-26-05
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

8:05CV214

A CERTIFIED TRUE COPY
AUG 2 3 2005
ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG -5 2005

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-250)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 79,842 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

RECEIVED
SEP 2 2005
CLERK
U.S. DISTRICT COURT
OMAHA

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 2 3 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-250 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DIST. DIV. C.A. #**          **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN  3  05-1461              Manuel Rampola, et al. v. Viacom, Inc., et al.

ILLINOIS NORTHERN
  ILN  1  05-1989              Wilmer Moore v. Union Pacific Railroad Co.

ILLINOIS SOUTHERN
  ILS  4  05-4104              Stanley Pepple, et al. v. Illinois Central Gulf Railroad Co.
  ILS  4  05-4108              Daniel Maynor, et al. v. Illinois Central Gulf Railroad Co.

MASSACHUSETTS
  MA  1  05-10812              Beverly Pearson, et al. v. Metropolitan Life Insurance Co., et al.

MARYLAND
  MD  1  05-1181               Richard Peamon v. Celotex Asbestsos Settlement Trust

MINNESOTA
  MN  0  04-4239               Daniel Clarence Gallagher v. Garlock Sealing Technologies, LLC, et al.
  MN  0  05-1126               Harvey Edward Hall v. Garlock Sealing Technologies, LLC, et al.
  MN  0  05-1194               Francis Wayne Coy v. Garlock Sealing Technologies, LLC, et al.
  MN  0  05-1195               Richard Willard Eklund v. Garlock Sealing Technologies, LLC, et al.
  MN  0  05-1196               Kent Ernest Flaada v. Garlock Sealing Technologies, LLC, et al.
  MN  0  05-1197               Harry A. Friesner v. Garlock Sealing Technologies, LLC, et al.
  MN  0  05-1198               Floyd Raymond Grover v. Garlock Sealing Technologies, L.L.C., et al.
  MN  0  05-1199               Lester Leroy Haveri v. Garlock Sealing Technologies, LLC, et al.
  MN  0  05-1200               Joseph Lawrence Heitzman v. Garlock Sealing Technologies, L.L.C., et al.
  MN  0  05-1201               Darfrel Floyd Johnson v. Garlock Sesaling Technologies, LLC, et al.
  MN  0  05-1202               Harold Waino Johnson v. Garlock Sealing Technologies, LLC, et al.
  MN  0  05-1203               Herbert James Johnson v. Garlock Sealing Technologies, LLC, et al.
  MN  0  05-1205               Daniel Joseph Kedrowski v. Garlock Sealing Technologies, LLC, et al.
  MN  0  05-1206               Raymond W. Lindberg v. Garlock Sealing Technologies, LLC, et al.
  MN  0  05-1207               John Frederick Rokser v. Garlock Sealing Technologies, LLC, et al.
  MN  0  05-1208               Allen Eugene Scott v. Garlock Sealing Technologies, L.L.C., et al.
  MN  0  05-1209               Richard Roy Tornow v. Garlock Sealing Technologies, LLC, et al.
  MN  0  05-1210               David Luther Trach v. Garlock Sealing Technologies, LLC, et al.

MISSISSIPPI SOUTHERN
  MSS  1  05-291               William C. Fells v. Chevrolet Motor Co., et al.
  MSS  1  05-292               Burnell Morgan v. Auto Zone, Inc., et al.
  MSS  1  05-295               Ulysses George v. Auto Zone, Inc., et al.
  MSS  1  05-296               Joseph George v. American Brake & Clutch, Inc., et al.
  MSS  1  05-311               William Johnson, Sr., et al. v. Metropolitan Life Insurance Co., et al.
  MSS  1  05-312               Marvin Jefferson, et al. v. Crane Co., et al.
  MSS  1  05-313               Bobby Lee Bolton, et al. v. A.P. Green Refractories Co., et al.
  MSS  1  05-314               Archie Nicols v. Metropolitan Life Insurance Co., et al.
  MSS  1  05-315               W.C. Laird v. A.P. Green Refractories Co., et al.
  MSS  1  05-316               Harry Borden Stewart, et al. v. Metropolitan Life Insurance Co., et al.
  ~~MSS  1  05-328~~           ~~Charles Bunnell v. Metropolitan Life Insurance Co., et al.~~   **Opposed 8/16/05**

SCHEDULE CTO-250 - TAG-ALONG ACTIONS                                    PAGE 2 OF 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 05-377 | Kenneth Arnold Poteat, Jr., et al. v. Aqua-Chem, Inc., et al. |
| **NEBRASKA** | |
| NE 8 05-214 | Gordon Sanders v. Burlington Northern & Santa Fe Railway Co. |
| NE 8 05-218 | Larry Miller v. Burlington Northern & Santa Fe Railway Co. |
| NE 8 05-219 | Ronald Ringland v. Burlington Northern & Northern Railway Co. |
| NE 8 05-220 | Elmer Kahler v. Burlington Northern & Santa Fe Railway Co. |
| NE 8 05-221 | James Kremarik v. Burlington Northern & Santa Fe Railway Co. |
| NE 8 05-222 | Alan Fisher v. Burlington Northern & Santa Fe Railway Co. |
| NE 8 05-223 | Ray Moyer v. Burlington Northern & Santa Fe Railway Co. |
| NE 8 05-224 | Gary Heckathorn v. Burlington Northern & Santa Fe Railway Co. |
| NE 8 05-225 | Larry Nelson v. Burlington Northern & Santa Fe Railway Co. |
| NE 8 05-226 | John Elliott v. Burlington Northern & Santa Fe Railway Co. |
| **NEW YORK WESTERN** | |
| NYW 1 05-278 | Antonio Brevetti v. Chemical Waste Management, Inc., et al. |
| **SOUTH CAROLINA** | |
| SC 2 05-1581 | David H. Howe, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 02-1974 | Richard L. Russell, et al. v. ACandS, Inc., et al. |
| SC 8 05-1871 | Jennie L. Boggs, etc. v. Aqua-Chem, Inc., et al. |
| **TEXAS SOUTHERN** | |
| TXS 2 05-317 | Adelina N. Mendoza, et al. v. Reynolds Metals Co., Inc. |
| **VIRGINIA EASTERN** | |
| VAE 4 05-2929 | James Fred Keeton, Jr. v. ACandS, Inc., et al. |
| ~~VAE 4 05-2951~~ | ~~Harriett C. King v. Northrop Grumman Systems Corp., et al.~~   Opposed 8/19/05 |
| VAE 4 05-2952 | Percy Thomas v. Union Carbide Corp., et al. |
| **WISCONSIN WESTERN** | |
| WIW 3 05-219 | Barbara Connell, et al. v. A.W. Chesterton Co., et al. |